<div style="text-align:center">

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

</div>

| | |
|---|---|
| IN RE SUBPOENA SERVED ON STEPHEN K. BANNON<br><br>CLYDE & CO., 1775 PENNSYLVANIA AVENUE, NW, SUITE 400, WASHINGTON, DC 20006 | ) ) ) ) ) ) ) )    Case No. _____ |

**MOVANT'S CONSOLIDATED (1) MOTION TO COMPEL COMPLIANCE WITH FED. R. CIV. P. 45 SUBPEONA FOR TESTIMONY OR, ALTERNATIVELY, FOR FINDING OF CONTEMPT AND RELATED RELIEF**

For the reasons set forth in its Points and Authorities filed contemporaneously herewith, Movant Strategic Vision US LLC seeks an order, pursuant to Fed. R. Civ. P. 37(a)(2), (a)(3)(B)(i) and (b)(1), compelling non-party Stephen K. Bannon to comply with a duly issued, personally served Fed. R. Civ. P. 45 subpoena for testimony in the action styled *Eastern Profit Corporation Limited v. Strategic Vision US LLC,* Case No. 1:18-cv-02185-JGK-DCF, pending in the United States District Court for the Southern District of New York.

Dated December 18, 2019

<div style="margin-left:50%">

Respectfully submitted,

GRAVES GARRETT LLC

*/s/ Edward D. Greim*

Edward D. Greim, D.D.C. Bar #MO008
1100 Main Street, Suite 2700
Kansas City, MO 64105
Telephone: (816) 256-3181
Fax: (816) 256-5958
edgreim@gravesgarrett.com
ATTORNEY FOR MOVANT

</div>

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2019, the foregoing was served via electronic mail to all counsel of record, including:

Alexander Benjamin Spiro
Quinn Emanuel Urquhart & Sullivan (NYC)
51 Madison Avenue
New York, NY 10010
212-849-7000
Fax: 212-849-7100
alexspiro@quinnemanuel.com

Allison L McGuire
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, DC 20001
202-538-8272
allisonmcguire@quinnemanuel.com

_____
Attorney for Movant