# Exhibit A

EXHIBIT

D

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Southern District of New York

**Eastern Profit Corporation Limited**

        Plaintiff(s),

VS.

**Strategic Vision US LLC**

        Defendant(s).

Attorney: Edward Greim

Graves Garrett
1100 Main Street, 2700
Kansas City MO 64105

*248696*

**Case Number: 1:18-cv-02185-JGK**

Legal documents received by Same Day Process Service, Inc. on **11/13/2019** at **2:55 PM** to be served upon **Stephen K. Bannon at 210 A St., NE, Washington, DC 20002**

I, **Rene Rivas**, swear and affirm that on **November 14, 2019** at **10:45 AM**, I did the following:

**Personally** Served **Stephen K. Bannon** the person listed as the intended recipient of the legal document with this **Subpoena to Testify at a Deposition in a Civil Case; Witness Check for $43.94** at 210 A St., NE , Washington, DC 20002.

**Description of Person Accepting Service:**
Sex: Male Age: 65 Height: 5ft9in-6ft0in Weight: Over 200 lbs Skin Color: Caucasian Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____

**Rene Rivas**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**
**(202)-398-4200**
**info@samedayprocess.com**

Internal Job ID:248696



District of Columbia: SS
Subscribed and Sworn to before me
this 15 day of November 2019

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024

# Exhibit B

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Southern District of New York

**Eastern Profit Corporation Limited**

    Plaintiff(s),

VS.

**Strategic Vision US LLC**

    Defendant(s).

Attorney: Edward Greim

Graves Garrett
1100 Main Street, 2700
Kansas City MO 64105

*248695*

**Case Number: 1:18-cv-02185-JGK**

Legal documents received by Same Day Process Service, Inc. on **11/13/2019** at **2:54 PM** to be served upon **Stephen K. Bannon at 210 A St., NE, Washington, DC 20002**

I, **Brandon Snesko**, swear and affirm that on **November 14, 2019** at **10:45 AM**, I did the following:

**Personally Served Stephen K. Bannon** the person listed as the intended recipient of the legal document with this **Subpoena to Testify at a Deposition in a Civil Case; Witness Check for $43.94** at **210 A St., NE , Washington, DC 20002**.

**Description of Person Accepting Service:**
Sex: Male  Age: 65  Height: 5ft9in-6ft0in  Weight: Over 200 lbs  Skin Color: Caucasian  Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*[signature]*

**Brandon Snesko**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005
(202)-398-4200
info@samedayprocess.com

Internal Job ID:248695



District of Columbia: SS
Subscribed and Sworn to before me
this 15 day of November 2019

_____
K. Mack, Notary Public, D.C.
My commission expires February 29, 2024