# Exhibit F

## Donnelli, Jennifer

| | |
|---|---|
| **From:** | Allison McGuire <allisonmcguire@quinnemanuel.com> |
| **Sent:** | Wednesday, December 18, 2019 8:20 AM |
| **To:** | Greim, Edward D.; Alex Spiro |
| **Cc:** | Donnelli, Jennifer; Luetkemeyer, Lucinda; Badell, Rebekah |
| **Subject:** | RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC |

Eddie – We agree to a placeholder deposition date of January 10. As we have stated, however, we plan to file a motion to quash. We will file that motion before the January 10 placeholder date. At that point, the January 10 date becomes meaningless as Mr. Bannon would not be required to appear for the deposition.

I understand that we are at an impasse on relevance, and you have not offered any proposed limits to the deposition. Thus, there are no outstanding issues to discuss, and we can cancel this morning's call. Please let me know if my understanding is incorrect.

Allison

**From:** Greim, Edward D. [mailto:EDGreim@gravesgarrett.com]
**Sent:** Tuesday, December 17, 2019 3:54 PM
**To:** Allison McGuire <allisonmcguire@quinnemanuel.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

**[EXTERNAL EMAIL]**

Allison, the judge clearly did ask us to set a placeholder date even if motions would be pending in advance. I am proposing January 10. We will notice that date unless January 8 or 9 works better for you.

We will work out a schedule on briefing, but it needs to be targeted to yield a decision before the 10th. It would help greatly if your client would simply file its long-planned motion.

Eddie

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Tuesday, December 17, 2019 2:26 PM
**To:** Greim, Edward D. <EDGreim@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

Eddie – we've been very clear about our intentions to move to quash and stated as much in our letter to Judge Freeman. We understood, based on our previous conversations about relevance, or the lack thereof, that we were at an impasse about ways to limit the deposition and avoid motions practice. If this understanding is incorrect, please let us know. We are happy to consider any proposed limits that you may have.

We did not understand Judge Freeman to be directing us to set a deposition date in spite of briefing that would make that date irrelevant.  As you know, regardless of when we set the deposition, filing a motion to quash will stay the deposition.  *See Covad Commc'ns Co. v. Revonet, Inc.*, 267 F.R.D. 14, 24 (D.D.C. 2010) ("Failure to appear [at a deposition] is not excused on the ground that the discovery sought was objectionable, unless the party failing to act has a pending motion for a protective order.").  If you would like to set a placeholder deposition date and schedule briefing around it, we would be happy to discuss options that accommodate your schedule.

---

**From:** Greim, Edward D. [mailto:EDGreim@gravesgarrett.com]
**Sent:** Tuesday, December 17, 2019 12:07 PM
**To:** Allison McGuire <allisonmcguire@quinnemanuel.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

**[EXTERNAL EMAIL]**

---

Allison, Judge Freeman ordered us to complete the depo by January 10, and further ordered you to provide us dates for the deposition. She directed that this date was to be provided even if a motion to quash was filed, and expressly contemplated that potential motion practice would occur even though the date might be set. She also suggested that the parties meet and confer regarding possible limitations on the deposition so that we could potentially avoid motion practice. Those are the two outstanding issues, and they're what we've been inviting you to discuss for several days now. We moved the date of our discussion twice to accommodate your schedule. Now, you're telling us you will neither provide us a deposition date (contrary to Judge Freeman's order) nor entertain any discussion that might avoid motion practice (contrary to Judge Freeman's suggestion).

You are free to refuse to talk with us on the latter, but not on the former. Without further delay, please provide deposition dates for Mr. Bannon that fall on or before January 10, as ordered by Judge Freeman. Once we have received those, we are happy to fix a date that works for all parties and also talk with you about scheduling briefing on the motion to quash that accounts for all of our schedules. But let me be very clear about one thing: since you have now revealed that your intent all along has been to file a motion to quash, there is no just reason to delay that filing. Indeed, we're not sure why it has never been filed. Certainly, the filing doesn't need to await the negotiation of a briefing schedule and it doesn't need to await your provision of available deposition dates. We think you're already late, but now that over a month has passed since service and our own court has ordered that the deposition can and must be completed by January 10 (unless you secure a timely order on a motion to quash), there is no reason to keep holding it back. The ball is in your court to (1) set a depo date with us and (2) file your motion. If you will not provide us dates before day's end, we will simply re-notice it for January 10.

Eddie

---

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Tuesday, December 17, 2019 10:45 AM
**To:** Greim, Edward D. <EDGreim@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

Eddie – as we mentioned previously, we intend to move to quash.  We understand your position on timeliness, and you are, of course, welcome to raise that with the compliance court.  The only outstanding issue is the briefing schedule.  In order to complete briefing by Jan. 10, we'll need to file this week, which would make your opposition due on Jan. 3.  Given the holidays, we thought you may like to discuss an extension to the timeline contemplated by Judge Freeman.  If not, we can cancel the call and will proceed as planned.

**From:** Greim, Edward D. [mailto:EDGreim@gravesgarrett.com]
**Sent:** Tuesday, December 17, 2019 11:28 AM
**To:** Allison McGuire <allisonmcguire@quinnemanuel.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

**[EXTERNAL EMAIL]**

Allison, just as a further follow up, our schedule is filling so quickly that it would be nice to get your potential dates in advance of our rescheduled call tomorrow—even if just by email. Can you please send those to me?

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Monday, December 16, 2019 3:23 PM
**To:** Greim, Edward D. <EDGreim@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

Sorry for the delay. We couldn't find a time tomorrow that works for both me and Alex. Could we do 10 am on Wednesday?

**From:** Greim, Edward D. [mailto:EDGreim@gravesgarrett.com]
**Sent:** Monday, December 16, 2019 10:55 AM
**To:** Allison McGuire <allisonmcguire@quinnemanuel.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

**[EXTERNAL EMAIL]**

That's fine—ok at 11 your time again?

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Monday, December 16, 2019 9:53 AM
**To:** Greim, Edward D. <EDGreim@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

Hi Eddie – I now have a conflict at 11. Could we try for tomorrow morning?

**From:** Allison McGuire
**Sent:** Friday, December 13, 2019 3:23 PM
**To:** 'Greim, Edward D.' <EDGreim@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

That works for us.  We'll call you then.

---

**From:** Greim, Edward D. [mailto:EDGreim@gravesgarrett.com]
**Sent:** Friday, December 13, 2019 3:08 PM
**To:** Allison McGuire <allisonmcguire@quinnemanuel.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

**[EXTERNAL EMAIL]**

How about 11AM ET? You can call my direct at 816-256-4144.

---

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Friday, December 13, 2019 1:18 PM
**To:** Greim, Edward D. <EDGreim@gravesgarrett.com>; Alex Spiro <alexspiro@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

Thanks, Eddie.  Alex and I are both traveling today.  Could we discuss on Monday?  We're available 10-11:30am ET.

Allison

---

**From:** Greim, Edward D. [mailto:EDGreim@gravesgarrett.com]
**Sent:** Friday, December 13, 2019 12:19 PM
**To:** Alex Spiro <alexspiro@quinnemanuel.com>; Allison McGuire <allisonmcguire@quinnemanuel.com>
**Cc:** Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer, Lucinda <LLuetkemeyer@gravesgarrett.com>; Badell, Rebekah <RBadell@gravesgarrett.com>
**Subject:** RE: Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

**[EXTERNAL EMAIL]**

Alex and Allison:
Would be happy to chat today regarding dates. I have a deposition in another case in Seattle on January 7, but would throw out the 9th or 10th as possibilities. We could do a late morning start if that's preferable for you and your client.

Also, you've now heard our plans on areas of inquiry. I would also tell you that there is a protective order in this case that would allow you to designate parts of the transcript as confidential, subject, of course, to judicial review if anyone disputes the. We are certainly open to any proposals that might avoid additional motion practice.

Eddie

---

**From:** Badell, Rebekah <RBadell@gravesgarrett.com>
**Sent:** Friday, December 13, 2019 11:01 AM
**To:** Alex Spiro <alexspiro@quinnemanuel.com>; Allison McGuire <allisonmcguire@quinnemanuel.com>; Cline, Joanna J. <CLINEJ@pepperlaw.com>; Chuff, Christopher B. <chuffc@pepperlaw.com>
**Cc:** Greim, Edward D. <EDGreim@gravesgarrett.com>; Donnelli, Jennifer <JDonnelli@gravesgarrett.com>; Luetkemeyer,

Lucinda <LLuetkemeyer@gravesgarrett.com>
**Subject:** Case 1:18-cv-02185-JGK-DCF Eastern Profit Corporation Limited v. Strategic Vision US LLC

Counsel,

Attached please find a copy of the recently filed Notice. Please let me know if you have issues accessing the attached.

Thank you,

Bekah

Rebekah Badell



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 285-3047
Fax: (816) 256-5958
RBadell@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

Edward Greim



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4144
Fax: (816) 817-0863
EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or

5

taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Edward Greim



1100 Main Street, Suite 2700

Kansas City, MO 64105

Phone: (816) 256-4144

Fax: (816) 817-0863

EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Edward Greim



1100 Main Street, Suite 2700

Kansas City, MO 64105

Phone: (816) 256-4144

Fax: (816) 817-0863

EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Edward Greim



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4144
Fax: (816) 817-0863
EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Edward Greim



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4144
Fax: (816) 817-0863
EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

Edward Greim



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4144
Fax: (816) 817-0863
EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.