# Exhibit A

**Allison McGuire**

| | |
|---|---|
| **Subject:** | Activity in Case 1:19-mc-00209-TSC In Re SUBPOENA SERVED ON STEPHEN K. BANNON et al v. BANNON Response to motion |

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Friday, January 3, 2020 2:12 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:19-mc-00209-TSC In Re SUBPOENA SERVED ON STEPHEN K. BANNON et al v. BANNON Response to motion

**[EXTERNAL EMAIL]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

## Notice of Electronic Filing

The following transaction was entered by Greim, Edward on 1/3/2020 at 5:11 PM EDT and filed on 1/3/2020
**Case Name:**       In Re SUBPOENA SERVED ON STEPHEN K. BANNON et al v. BANNON
**Case Number:**   1:19-mc-00209-TSC
**Filer:**                STRATEGIC VISION US LLC
**Document Number:** 10

**Docket Text:**
**RESPONSE re [2] MOTION to Transfer Case filed by STRATEGIC VISION US LLC. (Attachments: # (1) Exhibit A)(Greim, Edward)**


**1:19-mc-00209-TSC Notice has been electronically mailed to:**

Edward D. Greim     edgreim@gravesgarrett.com, ecf@gravesgarrett.com

William A. Burck     williamburck@quinnemanuel.com

**1:19-mc-00209-TSC Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358860-0]
[8b6660c1f94c241447aa038f3b9f00b3b4ee4fc69181822560fd8ee45ef19256180f5
026d7a995cccd3299e734e850dd785b0119f428c50b53d6c95c783f45d3]]
**Document description:**Exhibit A
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358860-1]
[37c20c465903ad5ef430737ba79072271172898a5d1f10d47208a126b0fa67b11e760
ae069f2d21d5907433244e17f326fec4ef074ca018119082dcb8f524aad]]