# Exhibit B

**Allison McGuire**

| | |
|---|---|
| **Subject:** | Activity in Case 1:19-mc-00209-TSC In Re SUBPOENA SERVED ON STEPHEN K. BANNON et al v. BANNON Reply to Document |

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Friday, January 3, 2020 2:18 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:19-mc-00209-TSC In Re SUBPOENA SERVED ON STEPHEN K. BANNON et al v. BANNON Reply to Document

**[EXTERNAL EMAIL]**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

### District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Greim, Edward on 1/3/2020 at 5:17 PM EDT and filed on 1/3/2020
**Case Name:**     In Re SUBPOENA SERVED ON STEPHEN K. BANNON et al v. BANNON
**Case Number:**  1:19-mc-00209-TSC
**Filer:**        STRATEGIC VISION US LLC
**Document Number:** 11

**Docket Text:**
**REPLY *in further support of Movant's Motion to Compel* filed by STRATEGIC VISION US LLC. (Attachments: # (1) Exhibit A, # (2) Exhibit B, # (3) Exhibit C, # (4) Exhibit D, # (5) Exhibit E, # (6) Exhibit F)(Greim, Edward)**

**1:19-mc-00209-TSC Notice has been electronically mailed to:**

Edward D. Greim     edgreim@gravesgarrett.com, ecf@gravesgarrett.com

William A. Burck     williamburck@quinnemanuel.com

**1:19-mc-00209-TSC Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358885-0]
[a66f5823f83d6c8ddd51a73c496533c94c46792ff34fce18108c5689af43d7d8beb78
4466372102395d17bb5a00cc66bf58768b78c65333dd31684a6d7426755]]
**Document description:**Exhibit A
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358885-1]
[97dbc5b72b10467d2d9a45ba1c8e3ab63c67fc706f682e93c842b43a31b7f7cb84ed2
76ad625c58ba188ec7eae8eb8c07716eb72192fa1566188811a7835e98e]]
**Document description:**Exhibit B
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358885-2]
[0940267a7e96e533b49655169088a1e43229d721f05dd117ff5eef33124405ddbc7dd
c58d3b6c098766730718d32fbaede60bd5a55d952b6a40f2089ca853ee5]]
**Document description:**Exhibit C
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358885-3]
[820694d583565cd235896c252e6301d1b20233aee17945e07889e67fe1738b1f137dd
67a1b8de7c3cb50b70b4ff069ae721a3eb7b889a6ea5a76f6e1655d6aef]]
**Document description:**Exhibit D
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358885-4]
[6902d6202162ca3a7aeca078f8ef5a926b0818230ccc06ecf7c4a770f49d9bd108c55
74cc7235d2f65b6f7634532fafb0ce4a1d25e3389b8ac928e260e006d37]]
**Document description:**Exhibit E
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358885-5]
[30bba6cb07ec33ee7b1b4ee9ee12db137394564ed22ee82b5160607c54e382cd069ad
145cbe36228d094612a02fbb0c5c1692cfe85f84a89c49caf58a9c4aaf9]]
**Document description:**Exhibit F
**Original filename:**suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358885-6]
[9a3ec451e984f8622af6df97c3e682c7fea46abc2fcafb68e45d5da51f2092b5579e9
b86acbddc7944746b8e13cd3a6c93b6083c4ba83d994b75ea649caa73ce]]