# Exhibit C

## Allison McGuire

| | |
|---|---|
| **From:** | Greim, Edward D. <EDGreim@gravesgarrett.com> |
| **Sent:** | Friday, January 3, 2020 9:40 PM |
| **To:** | Allison McGuire |
| **Cc:** | Alex Spiro; Donnelli, Jennifer; Luetkemeyer, Lucinda; Badell, Rebekah |
| **Subject:** | Re: Activity in Case 1:19-mc-00209-TSC In Re SUBPOENA SERVED ON STEPHEN K. BANNON et al v. BANNON Response to motion |

**[EXTERNAL EMAIL]**

The briefs were only a few minutes out of time. We don't consent to withdraw them. Were you prejudiced in any way by 509 and 519 filings? If not, we can only construe your motion to strike as yet another effort to snarl a quick and efficient resolution of our motion.

**From:** Allison McGuire <allisonmcguire@quinnemanuel.com>
**Sent:** Friday, January 3, 2020, 7:30 PM
**To:** Greim, Edward D.
**Cc:** Alex Spiro; Donnelli, Jennifer; Luetkemeyer, Lucinda; Badell, Rebekah
**Subject:** RE: Activity in Case 1:19-mc-00209-TSC In Re SUBPOENA SERVED ON STEPHEN K. BANNON et al v. BANNON Response to motion

Eddie – we intend to move to strike your untimely reply briefs, both of which were filed after the court-ordered deadline. Please let us know your position on this motion today and whether you will consent to withdraw these briefs.

Best,
Allison

**allison mcguire | associate**
quinn emanuel urquhart & sullivan, llp
1300 I Street, NW, Suite 900 Washington, D.C. 20005
Main: 202.538.8000 | Direct: 202.538.8272 | Cell: 419.564.9659

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** DCD_ECFNotice@dcd.uscourts.gov [mailto:DCD_ECFNotice@dcd.uscourts.gov]
**Sent:** Friday, January 3, 2020 2:12 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:19-mc-00209-TSC In Re SUBPOENA SERVED ON STEPHEN K. BANNON et al v. BANNON Response to motion

**[EXTERNAL EMAIL]**

1

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered by Greim, Edward on 1/3/2020 at 5:11 PM EDT and filed on 1/3/2020
**Case Name:**      In Re SUBPOENA SERVED ON STEPHEN K. BANNON et al v. BANNON
**Case Number:**    1:19-mc-00209-TSC
**Filer:**          STRATEGIC VISION US LLC
**Document Number:** 10

**Docket Text:**
**RESPONSE re [2] MOTION to Transfer Case filed by STRATEGIC VISION US LLC. (Attachments: # (1) Exhibit A)(Greim, Edward)**

**1:19-mc-00209-TSC Notice has been electronically mailed to:**

Edward D. Greim      edgreim@gravesgarrett.com, ecf@gravesgarrett.com

William A. Burck     williamburck@quinnemanuel.com

**1:19-mc-00209-TSC Notice will be delivered by other means to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358860-0]
[8b6660c1f94c241447aa038f3b9f00b3b4ee4fc69181822560fd8ee45ef19256180f5
026d7a995cccd3299e734e850dd785b0119f428c50b53d6c95c783f45d3]]
**Document description:** Exhibit A
**Original filename:** suppressed
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/3/2020] [FileNumber=6358860-1]
[37c20c465903ad5ef430737ba79072271172898a5d1f10d47208a126b0fa67b11e760
ae069f2d21d5907433244e17f326fec4ef074ca018119082dcb8f524aad]]

Edward Greim



1100 Main Street, Suite 2700
Kansas City, MO 64105
Phone: (816) 256-4144
Fax: (816) 817-0863
EDGreim@gravesgarrett.com

This electronic message is from a law firm. It may contain confidential or privileged information. If you received this transmission in error, please reply to the sender to advise of the error and delete this transmission and any attachments. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another party any transaction or matter addressed herein.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.